IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARTIN RAMIREZ,

    *Petitioner,*

v.                                         No. 2:26-cv-00063-SMD-GJF

KRISTI NOEM, et al.,

    *Respondents.*

## ORDER TO RESPOND

Petitioner Martin Ramirez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and an emergency motion for temporary restraining order (Doc. 2) on January 14, 2026.  The Court orders the following:

1. Respondents shall file a written response to the TRO application no later than Wednesday, January 28, 2026 at 5:00 p.m.  If Respondents require additional time to prepare their response, they may file a motion requesting an extension by that time.

2. Respondents shall file a written response to the petition no later than Wednesday, February 4, 2026 at 5:00 p.m.  If Respondents require additional time to prepare their response, they may file a motion requesting an extension by that time.

3. Petitioner shall serve the petition for writ of habeas corpus, the motion for temporary restraining order, and this Order on Respondents and file a certificate of service with this Court no later than January 22, 2026 at 5:00 p.m.

4. Petitioner shall send a courtesy copy of this Order to the U.S. Attorney's Office at the following email address: USANM.Civil.Immigration@usdoj.gov.

IT IS SO ORDERED.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**