## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

FAUSTINO MARTIN RAMIREZ,

      Petitioner,

v.                                                                          No. 2:26-cv-00063-SMD-GJF

KRISTI NOEM, in her official capacity as
Secretary of the Department of Homeland Security;
PAMELA BONDI, in her official capacity as
Attorney General of the United States;
TODD LYONS, in his official capacity as
Acting Director and Senior Official Performing
the Duties of the Director of
U.S. Immigration and Customs Enforcement;
MARY DE ANDA-YBARRA, in her official capacity as
Field Office Director of the El Paso Field Office of
U.S. Immigration and Customs Enforcement,
Enforcement and Removal Operations;
DORA CASTRO, in her official capacity as
Warden of Otero County Processing Center,

      Respondents.

### FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Granting Petition for Writ of Habeas Corpus (Doc. 17), Final Judgment is hereby entered in favor

of Petitioner Faustino Martin Ramirez and against Respondents Kristi Noem, Pamela Bondi, Todd

M. Lyons, Mary De Anda-Ybarra, and Dora Castro.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**